# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGINA NARDONE o/b/o I.F. (a minor), | Case No. 1:21-cv-01444-SKO |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS AND STAYING CASE** |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | (Doc. 2) |
| Defendant. | |

**ORDER**

Plaintiff Georgina Nardone on behalf of I.F., a minor, filed a complaint on September 28, 2021, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1, 2.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2. The Clerk of Court is DIRECTED to issue a summons, and service on the defendant shall proceed under the Court's E-Service program as follows: once a summons is issued, the Clerk of Court shall deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of the action along with the summons and complaint;

3. The parties are hereby notified that, after service of the complaint, this action is STAYED pursuant to General Order No. 615, and there will be no scheduling order or deadlines in effect during the stay. *See* E.D. Cal. G.O. 615. The stay will be

<u>automatically lifted when the defendant files the certified copy of the administrative record, with no further order of the Court</u>; and

4. The Clerk is DIRECTED to issue the Consent/Decline forms only, in addition to the summons. Pursuant to General Order No. 615, no other case documents will issue.

IT IS SO ORDERED.

Dated: **September 30, 2021**                    /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE