Case 1:21-cv-01444-SKO   Document 7   Filed 10/20/21   Page 1 of 3



**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

GEORGINA NARDONE O/B/O
I. F. (a minor),

           Plaintiff(s),    Case No. 1:21-cv-01444-SKO

v.

COMMISSIONER OF SOCIAL SECURITY,

           Defendant(s).

I, Samuel Fishman, attorney for Plaintiff Georgina Nardone o/b/o I. F., hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court.  In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Law Offices of Samuel Fishman |
| Address: | 11450 Bustleton Avenue |
| City: | Philadelphia |
| State: | PA    ZIP Code: 19116-2809 |
| Voice Phone: | (215) 464-4600 |
| FAX Phone: | (215) 464-4664 |
| Internet E-mail: | sam@ssihelp.us |
| Additional E-mail: | fdc@ssihelp.us |
| I reside in City: | Huntington Valley    State:  PA |

I was admitted to practice in the <u>District of New Jersey</u> (court) on 12/20/1996 (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☒ / have not ☐ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Perez v. Commissioner of Social Security, 1:21-cv-01202-BAM, 8/16/20, granted

Medina v. Commissioner of Social Security, 1:21-cv-01441-SAB, 10/15/21, pending

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:  <u>Melissa Markos Nyman</u>

Firm Name:  <u>Nyman Turkish</u>

Address:  <u>3009 Douglas Blvd, Suite 200</u>

City:  <u>Roseville</u>

State:  <u>CA</u>    ZIP Code: <u>95661</u>

Voice Phone: <u>(855) 463-2149</u>

FAX Phone:  <u>(916) 218-4341</u>

E-mail:  <u>melissa.nyman@nymanturkish.com</u>

Dated:  <u>10/15/2021</u>    Petitioner: _____

**ORDER**

The Pro Hac Vice Application is APPROVED.   The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  10/19/2021                                                   /s/ Sheila K. Oberto
                                                                                  JUDGE, U.S. DISTRICT COURT