1  PHILLIP A. TALBERT
   United States Attorney
2  PETER K. THOMPSON
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
4  SHARON LAHEY
   Special Assistant United States Attorney
5  Social Security Administration
     160 Spear Street, Suite 800
6    San Francisco, California  94105
7    Telephone: (510) 970-4827
     Email: sharon.lahey@ssa.gov
8
9  Attorneys for DEFENDANT

10
11                   UNITED STATES DISTRICT COURT
12                   EASTERN DISTRICT OF CALIFORNIA
                          FRESNO DIVISION
13

14  GEORGINA NARDONE,            )   CIVIL NO. 1:21-cv-01444-JLT-SKO
    o/b/o I.F. (a minor),        )
15                               )   STIPULATION AND ORDER FOR
          Plaintiff,             )   EXTENSION OF TIME
16                               )
17     vs.                       )   (Doc. 17)
                                 )
18  KILOLO KIJAKAZI, Acting Commissioner )
       Of Social Security,       )
19                               )
20        Defendant.             )

21     IT IS HEREBY STIPULATED, by and between Georgia Nardone, o/b/o I.F., ("Plaintiff") and
22  Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant") (collectively, the "Parties"), by
23  and through their respective counsel of record that the time for Defendant to respond to Plaintiff's
24  Motion for Summary Judgment (ECF No. 15) be extended by 30 days from July 18, 2022 to August 17,
25  2022.  Plaintiff shall file any reply on or before September 1, 2022.  This is the Parties' first request for
26  an extension of time in the above-captioned matter.  The Parties respectfully request this additional time
27  because the undersigned defense counsel will be out of the office on leave during the last two weeks in
28

STIPULATION AND ORDER                          CASE NO.: 1:21-cv-01444-JLT-SKO

July and currently has five dispositive briefs due during that time period.  The Parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Date:  July 8, 2022                                          NYMAN TURKISH, PC


                                                             By:  /s/ *Samuel Fishman\**
                                                             SAMUEL FISHMAN, ESQUIRE
                                                             (*Authorized as to form by e-mail on July 8, 2022)
                                                             Attorneys for Plaintiff

Date:  July 8, 2022                                          PHILLIP A. TALBERT
                                                             United States Attorney


                                                             By:  /s/ *Sharon Lahey*
                                                             SHARON LAHEY
                                                             Special Assistant United States Attorney


## ORDER

Pursuant to the foregoing stipulation (Doc. 17), and for good cause shown,

IT IS HEREBY ORDERED that Defendant shall have an extension, up to and including August 17, 2022, to file their response to Plaintiff's opening brief.  All other dates in the Scheduling Order (Doc. 13) shall be extended accordingly.

IT IS SO ORDERED.

Dated:  **July 11, 2022**                                    /s/ *Sheila K. Oberto*
                                                             UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER                                        CASE NO.: 1:21-cv-01444-JLT-SKO