SAMUEL FISHMAN, ESQUIRE
Chermol and Fishman LLC
11450 Bustleton Avenue
Philadelphia, PA 19116
215-464-7200
Fax: 215-464-7224
Email: sam@ssihelp.us
*Lead Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| GEORGINA NARDONE, on behalf of I. F. a minor,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 1:21-cv-01444-JLT-SKO<br><br>ORDER ON UNOPPOSED MOTION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. 24) |

## ORDER

Based upon the parties' Unopposed Motion for the Award and Payment of Equal Access to Justice Act Fees and Expenses (Doc. 24), Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of $6,091.12 and costs in the amount of $225.00. Subject to any offset under the Treasury Offset Program, payment of this award shall be made via the Law Offices of Chermol & Fishman, LLC. If EAJA fees and costs are not subject to any offset and an assignment is provided to

//

//

SSA, the award shall be paid directly to the order of Samuel Fishman.  All checks must be mailed care of the Law Offices of Chermol and Fishman.

IT IS SO ORDERED.

Dated:  **February 16, 2023**              /s/ *Sheila K. Oberto*
                                                               UNITED STATES MAGISTRATE JUDGE